UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANNETTE SANABRIA ROMERO,
                           Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,
                           Defendant.
-------------------------------------------------------------X

18 CIVIL 10248 (KHP)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 23, 2020, the Court finds that the ALJ failed to properly develop the record, failed to satisfy the treating physicians' rule, and failed to address an applicable Listing. As a result, pursuant to sentence four of 42 U.S.C. § 405(g), remand to the Commissioner of Social Security for further administrative proceedings is appropriate, and the Court does not reach the remaining arguments of the parties. As such, Plaintiff's motion is GRANTED, and the Commissioner's motion is DENIED.

**Dated:** New York, New York

       June 24, 2020

                                                            **RUBY J. KRAJICK**
                                                               Clerk of Court
                            BY:
                                                               Deputy Clerk